IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE RAMON CABRERA,

       Plaintiff,               No. CIV S-03-2201 LKK JFM P

   vs.

M. WATSON, M.D., et al.,

       Defendants.      <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  On April 14, 2005, defendants were directed to notify the court, within ten days, whether they had any objections to the dismissal of this action.  Defendants have not responded to that order.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED:  April 29, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; cabr2201.59b